```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 06459
    YASMENDA KNIGHT
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-6724


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 03/18/2008 and was not confirmed.

    The case was converted to chapter 7 after confirmation 04/30/2008.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
CARRINGTON MORTGAGE SERV CURRENT MORTG         .00             .00            .00
CARRINGTON MORTGAGE SERV SECURED NOT I      555.42             .00            .00
U OF I EMPLOYEES CREDIT  SECURED NOT I         .00             .00            .00
U OF I EMPLOYEES CREDIT  SECURED NOT I         .00             .00            .00
U OF I CREDIT UNION      SECURED NOT I         .00             .00            .00
U OF I CREDIT UNION      SECURED NOT I         .00             .00            .00
WILSHIRE CREDIT CORP     CURRENT MORTG         .00             .00            .00
WILSHIRE CREDIT CORP     UNSECURED       NOT FILED             .00            .00
ALLSTATE CHECK CASHING I UNSECURED       NOT FILED             .00            .00
ALLIANT CREDIT UNION     UNSECURED       NOT FILED             .00            .00
ARMOR SYSTEMS CORP       UNSECURED       NOT FILED             .00            .00
CBUSA SEARS              UNSECURED       NOT FILED             .00            .00
CHASE BANK               UNSECURED          368.94             .00            .00
GEMB/WALMART             UNSECURED       NOT FILED             .00            .00
PLAINS COMMERCE BANK     UNSECURED       NOT FILED             .00            .00
TARGET NATIONAL BANK     UNSECURED          681.87             .00            .00
U OF I EMPLOYEES CREDIT  UNSECURED       NOT FILED             .00            .00
U OF I CREDIT UNION      UNSECURED       NOT FILED             .00            .00
US DEPT OF EDUCATION     UNSECURED        17570.22             .00            .00
WEST ASSET MANAGEMENT    UNSECURED       NOT FILED             .00            .00
CHASE BANK               SECURED NOT I      231.85             .00            .00
NEIL KAUFFMAN & ASSOCIAT DEBTOR ATTY           .00                            .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 06459 YASMENDA KNIGHT
```

```
TRUSTEE COMPENSATION                                                          .00
DEBTOR REFUND                                                                 .00
                                          ----------------   ----------------
TOTALS                                                 .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 07/18/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE


                        PAGE   2
            CASE NO. 08 B 06459 YASMENDA KNIGHT